# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:11-cv-20035-MGC

ETHEL THOMAS, as an individual, and on
behalf of all others similarly situated,

    Plaintiff,

vs.

PHUSION PROJECTS, LLC d/b/a DRINK
FOUR BREWING CO.,

    Defendant.

_____

## ORDER GRANTING DEFENDANT PHUSION PRODUCTS, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

THIS MATTER is before the Court on the Defendant Phusion Products, LLC's Motion to Dismiss the Amended Complaint ("Motion"), ECF No. 21, filed May 12, 2011. The Court, having reviewed the Motion and being fully advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

The Defendant's Motion is GRANTED and the claims against the Defendant in this action are dismissed in their entirety with prejudice as to Plaintiff Ethel Thomas.

DONE and ORDERED in Chambers at Miami-Dade County, Florida, this ____ day of _____, 2011.

_____
MARCIA G. COOKE
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
All counsel of record